# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Milton Hershey School, | : | **CASE SEALED** |
| Petitioner | : | |
| | : | |
| v. | : | No. 665 C.D. 2019 |
| | : | |
| Pennsylvania Human Relations | : | |
| Commission, | : | |
| Respondent | : | |

## ORDER

NOW, February 12, 2020, after further review, it appears that this Court's order granting an unopposed motion to retain jurisdiction in this case by amending its November 4, 2019 Order by Orders dated December 3 and 9, 2019, was unnecessary and not beneficial to the orderly proceedings before the Pennsylvania Human Relations Commission. Accordingly, the Court's December 3 and 9, 2019 Orders are **VACATED**, and the Court's November 4, 2019 Opinion and Order are **CONFIRMED**.[1]

_____
**RENÉE COHN JUBELIRER,** Judge

---

[1] This Order has no effect on the Application to Intervene and Unseal (Application) filed in this matter or the enforcement of this Court's February 11, 2020 Opinion and Order resolving the Application.